740 A.2d 675

BOARD OF FIRE COMMISSIONERS, TOWNSHIP OF MILLSTONE, PLAINTIFF-APPELLANT, v. MARK CASCELLA, JOYCE CASCELLA, AMERICA'S WHOLESALE LENDER, BENNY QUAGLIERINI, THERESA QUAGLIERINI, THE DIME SAVINGS BANK OF NEW YORK, FSB, PAUL SILVERMAN, CHEMICAL BANK, ELVIRA LYNN TOSTI, GIOVANNI TOSTI, AND FIRST NATIONAL BANK OF CHICAGO, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted November 4, 1999—Decided November 16, 1999.

Before Judges STERN, KESTIN and WEFING.

*Joseph D. Youssouf,* attorney for appellant.

*Michael R. Leckstein,* attorney for respondents (*Marc A. Leckstein,* on the brief).

PER CURIAM.

Plaintiff appeals from the trial court's order dismissing the condemnation complaint on defendants' motion for summary judgment. We are in substantial agreement with Judge Lawson's decisional rationale as expressed in his September 14, 1998 opinion

reported at 326 *N.J.Super.* 142, 740 *A.*2d 707 and we affirm on that basis.